582 A.2d 646

IN THE MATTER OF JOHN L. DOWNER, AN ATTORNEY AT LAW.

December 3, 1990.

ORDER

This matter having come before the Court on an Order to Show Cause why JOHN L. DOWNER of ORANGE should not be temporarily suspended from the practice of law for his failure to comply with an award of the District VB Fee Arbitration Committee;

And said JOHN L. DOWNER having submitted satisfactory evidence of his compliance with that award;

And good cause appearing;

It is ORDERED that the Order to Show Cause be, and hereby is, discharged.